UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LATASHA SANTIAGO, | ) | Case No. 1:16 CV 3065 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| HARRELL INSURANCE GROUP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Counsel has notified the Court that above captioned case has been dismissed with prejudice. Parties may file any additional documentation evidencing the settlement within thirty days.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

                                                                              _/s/Donald C. Nugent___
                                                                              DONALD C. NUGENT
                                                                              United States District Judge

DATE: _October 6, 2017____